UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANNETT ANDERSON, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:12-CV-02049-SNLJ |
| ) | |
| WYETH LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

The Court has requested that Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals LLC submit a motion to dismiss this case as duplicative of another case (Case No. 4:24-CV-01952) pending in this Court. Plaintiffs have not indicated any objection to the Court's determination that this case is duplicative. Accordingly, Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals LLC hereby move to dismiss this action without prejudice. All parties of record consent to the dismissal.

Respectfully submitted,

STINSON MORRISON HECKER LLP

SO ORDERED this 5th day of March, 2013.

/s/ Stephen N. Limbaugh, Jr.
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

By: /s/ Sandra J. Wunderlich
Sandra J. Wunderlich, #39019MO
Andrew J. Scavotto, #57826MO
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
E-mail: swunderlich@stinson.com
ascavotto@stinson.com

and

                    Matthew V. Brammer, #0062569OH
                    ULMER & BERNE LLP
                    600 Vine Street, Suite 2800
                    Cincinnati, Ohio 45202-2409
                    Telephone:(513) 698-5000
                    Facsimile: (513) 698-5001
                    E-mail:   mbrammer@ulmer.com

*Attorneys for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2013, the foregoing instrument was electronically filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                    /s/ *Sandra J. Wunderlich*
                    *Attorney for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, LLC*

DB04/0811064.0023/8064711.1 DD02